**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: P.M., A MINOR | : | No. 135 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: P.M., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: P.M., A MINOR | : | No. 136 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: P.M., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: A.M., A MINOR | : | No. 137 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: P.M., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: A.M.M., A MINOR | : | No. 138 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: P.M., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.